```
CLERK'S OFFICE U.S. DIST. COURT
        AT ROANOKE, VA
             FILED
         OCT 0 1 2007
     JOHN F. CORCORAN, CLERK
BY:
           DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **VIRGIL CLAYTON DUNKLEY, III,** | ) |
| Plaintiff, | ) Civil Action No. 7:07cv00465 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **LT. D. TATE, et al.,** | ) By: Samuel G. Wilson |
| Defendant. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), his motion to proceed in forma pauperis is hereby **DENIED** as **MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 30th day of September, 2007.

_____
United States District Judge