CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 1 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VIRGIL CLAYTON DUNKLEY, III, ) | |
|     Plaintiff, ) | Civil Action No. 7:07cv00465 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| LT. D. TATE, et al., ) | By: Samuel G. Wilson |
|     Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), his motion to proceed in forma pauperis is hereby **DENIED** as **MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 30th day of September, 2007.

                                                      /s/ 
                                                    United States District Judge